

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

Nos. 04-18-00524-CR & 04-18-00525-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court Nos. 6200 & 6201
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED November 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice